AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __New York__

Donna L. Diodati

**JUDGMENT IN A CIVIL CASE**

V.

City of Little Falls; City of Little Falls Police Dept Joseph Servidone; Michael Masi; Kayla Lamphere

Case Number: 6:04-cv-446

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the jury finds no cause for action as to remaining defendant Michael Masi.

All of the above pursuant to a jury verdict rendered before the Honorable Frederick J. Scullin, Jr. on August 28, 2007.

August 28, 2007
Date

Lawrence K. Baerman
Clerk

(By) Deputy Clerk
s/Barbara J. Woodford